In the Matter of the Arbitration between LOEWENGART & Co. and M. BECKERMAN & SONS, INC.— Motion to dismiss appeal granted, with $10 costs, unless the appellant procures the record on appeal and appellant's points to be

served and filed on or before January 11, 1962, with notice of argument for January 23, 1962, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., McNally, Stevens, Eager and Steuer, JJ.